UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Aura Lens Products, Inc.,
a Minnesota Corporation, and
Michael Aurelius, a citizen
of the State of Minnesota,

Plaintiffs,

vs. ORDER

Phillips Lens Co., Inc., a
New Jersey Corporation,

Defendant. Civ. No. 01-489 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Eric O. Haugen, and Orrin Millard Haugen, Haugen Law Office, 121 8th Street South, Suite 1130, Minneapolis, Minnesota, 55402

At Duluth, in the District of Minnesota, this 19th day of July, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since the Summons and Complaint were served, and that no appearance has been entered by the Defendant.

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiffs is directed to:

1. Notify the Defendant immediately that it is required to serve and file its Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiffs' counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500