# UNITED STATES DISTRICT COURT

## District of Minnesota

Aura Lens Products, Inc. and
Michael Aurelius,

Plaintiff(s)

-vs- Civil Action 01-489JRT/RLE

Phillips Lens Co., Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) PhillipsLens Co., Inc. in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Phillips Lens Co., Inc.

this 19th day of July, 2001.

RICHARD D. SLETTEN, CLERK

By Denise La Fond

Denise La Fond, Deputy Clerk