**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Aura Lens Products, Inc.
a Minnesota Corporation, and
Michael Aurelius, a citizen of
the State of Minnesota,

Plaintiffs,

Civil Action No.:
01-CV-489 JRT/RLE

v.

**ORDER**

Phillips Lens Co., Inc.
a New Jersey Corporation,

Defendant.

---

The Defendant, Phillips Lens Co., Inc., having failed to plead or otherwise defend in this Action and its default having been entered,

Now, upon application of the Plaintiffs and upon declaration this Court finds that Defendant is indebted to Plaintiff in the sum of $121,750.00,

IT IS HEREBY *ORDERED, ADJUDGED AND DECREED* that Plaintiff recover of Defendant the sum of $121,750.00.

Further, based upon declarations submitted by in support of this cause, and it appearing to the Court that Defendant is committing acts, and will continue to do so unless restrained by Order of this Court, which acts will cause immediate and irreparable injury, loss, or damage to Plaintiffs, Plaintiffs are

SEP 1 2 2001
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

A. Phillips Lens, its agents, servants, employees, and all of those in active concert or participation therewith are permanently enjoined and restrained from further use of Plaintiffs' trademarks, and any other conduct involving Plaintiffs' trademarks when such use causes a likelihood of confusion.

B. Phillips Lens, its agents, servants, employees, and all of those in active concert or participation therewith are permanently enjoined and restrained from disparaging the goods or business of Plaintiff Aura Lens by false and misleading representations of fact.

C. Phillips Lens, its agents, servants, employees, and all of those in active concert or participation therewith are permanently enjoined and restrained from further defaming Plaintiff Michael Aurelius or Aura Lens Products, Inc.

D. Phillips Lens, its agents, servants, employees, and all of those in active concert or participation therewith are permanently enjoined and restrained from further disparaging the goods or business of Aura Lens by false and misleading representations of fact.

*IT IS FURTHER ORDERED, ADJUDGED AND DECREED* that Defendant pay the costs of these proceedings to be taxed by the Clerk of this Court.

Dated: ~~August~~ September 12, 2001

John R. Tunheim
U.S. District Court Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500