# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aura Lens Products, Inc., and
Michael Aurelius

Case No. Civil 01-489JRT/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Phillips Lens Co., Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that permanent injunction is entered and plaintiffs recover of the defendant the sum of $121,750 and that the defendant pay the costs of these proceedings to be taxed by the clerk of this court.

DATE: September 12, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk